| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) STRAUB, CHESTER J | 2. Court or Organization U.S. COURT OF APPEALS, 2ND CIR | 3. Date of Report 04/23/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) ACTIVE CIRCUIT JUDGE | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2007 to 12/31/2007 |
| 7. Chambers or Office Address UNITED STATES COURTHOUSE 500 PEARL STREET NEW YORK, NY 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2008 MAY -9 A 11: 10 FINANCIAL DISCLOSURE OFFICE RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J | 04/23/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | NYS RETIREMENT SYSTEM (RETIREMENT BENEFIT) | $ 5,880.32 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J | 04/23/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | WASHINGTON MUTAL | CO-OBLIGOR: MORTGAGE LOAN GUARANTOR FOR ▮▮▮▮▮ | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J | 04/23/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. - FIDELITY INVESTMENTS | | | | | | | | | |
| 2. JACKSON TWP NJ AMBAC INSD DTD 12/1/03 F/C 6/1/04 | A | Interest | | | Redemption | 12-3 | K | | |
| 3. NY ST DORM AUTH REVS CITY UNIV CONS-5TH GEN-C MBIA 4/10/03 | C | Interest | L | T | | | | | |
| 4. NY CITY MUN WTR F/A WTR&SWR SYS RV SER B-AMBAC TCRS CSTD | B | Interest | K | T | | | | | |
| 5. NEW YORK CITY SER G AMBAC TCRS OID 1/9/96 DUE 2/1/07 | A | Interest | | | Redemption | 2-1 | J | | |
| 6. NEW YORK SER 1 B ENTRY TAX OID 4/24/97 | A | Interest | | | Redemption | 4-16 | K | | |
| 7. NEW YORK ST TWY AU SVC CONT REV LOC HWY & BRIDGE 8/15/95 | B | Interest | L | T | | | | | |
| 8. GREENPORT NY PUB IMPT U/T FGIC 1/15/01 F/C 4.75 9/15/07 | B | Interest | | | Redemption | 9-17 | K | | |
| 9. NEW YORK NY SER F-CR FSA OID 2/22/01 4.125 08/01/08 | B | Interest | K | T | | | | | |
| 10. BERKSHIRE HATHAWAY INC. CLASS B | | None | L | T | | | | | |
| 11. HEWLETT PACKARD | B | Dividend | M | T | | | | | |
| 12. ENZO BIOCHEM INC COMMON | | None | J | T | | | | | |
| 13. HEALTH CARE PPTY INVS INC COMMON | C | Dividend | L | T | | | | | |
| 14. GREAT PLAINS ENERGY - KANSAS CITY POWER & LIGHT COMMON | B | Dividend | K | T | | | | | |
| 15. CAPITAL ONE FINANCIAL | | None | | | Sell | 1-5 | J | A | |
| 16. CITIGROUP | | None | | | Sell | 1-5 | J | C | |
| 17. HOME DEPOT | | None | | | Sell | 1-5 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IBM COMMON | B | Dividend | M | T | | | | | |
| 19. GENERAL ELECTRIC COMMON | A | Dividend | J | T | | | | | |
| 20. LOCKEED MARTIN COMMON | A | Dividend | J | T | | | | | |
| 21. EXXON COMMON | A | Dividend | J | T | | | | | |
| 22. 3M COMMON | | None | | | Sell | 1-5 | J | C | |
| 23. HRPT PROPERTIES TRUST | A | Dividend | J | T | | | | | |
| 24. MERRILL LYNCH & CO. COMMON | | None | | | Sell | 1-5 | K | D | |
| 25. COHEN & STEERS REALTY SHARES | A | Dividend | K | T | | | | | |
| 26. | | | | | Buy | 3-30 | J | | |
| 27. | | | | | Buy | 6-29 | J | | |
| 28. | | | | | Buy | 9-28 | J | | |
| 29. | | | | | Buy | 12-31 | J | | |
| 30. EQUITY OFFICE PROPERTIES TRUST | | None | | | Sell | 1-5 | J | C | |
| 31. NEW YORK ST ENVIRO FACS 5% | B | Interest | L | T | | | | | |
| 32. NEW YORK ST URBAN DEV CORP REV CORR | C | Interest | L | T | | | | | |
| 33. METROPOLITAN TRANS AUTH NY TRAN FACS | D | Interest | M | T | | | | | |
| 34. NY NYC MUN WTR FIN AUTH 5.25% 6/15/2010 | B | Interest | | | Redemption | 6-15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J | 04/23/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. NY ST TWY AUTH HWY & BRDG TR FD 5.25% 4/1/2011 | C | Interest | K | T | | | | | |
| 36. BARON GROWTH | C | Dividend | L | T | Buy | 12-20 | J | | |
| 37. SPARTAN 500 INDEX INVESTOR CLASS | A | Dividend | L | T | Buy | 6-1 | J | | |
| 38. | | | | | Buy | 12-21 | J | | |
| 39. AMERICAN GROWTH FUND OF AMERICA CLASS F | A | Dividend | L | T | Buy | 12-19 | J | | |
| 40. ROYCE TOTAL RETURN  FUND | D | Dividend | L | T | Buy | 3-19 | J | | |
| 41. | | | | | Buy | 6-11 | J | | |
| 42. | | | | | Buy | 9-11 | J | | |
| 43. | | | | | Buy | 12-7 | J | | |
| 44. S&P MID CAP 400 DEP RCPYS MID CAP | A | Dividend | M | T | | | | | |
| 45. FIDELITY NY MUNI MM | A | Interest | J | T | | | | | |
| 46. FIDELITY CONTRAFUND | D | Dividend | M | T | Buy | 2-2 | J | | |
| 47. | | | | | | 12-28 | J | | |
| 48. SELECTED AMERICAN SHARES CL D | B | Dividend | M | T | Buy | 12-3 | J | | |
| 49. - CITIBANK ACCOUNTS | | | | | | | | | |
| 50. CHECKING ● | | None | J | T | | | | | |
| 51. - FIDELITY IRA ROLLOVER | | | | | · | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. MARSH & MCLENNAN | A | Dividend | K | T | | | | | |
| 53. FIDELITY CASH RESERVES | D | Interest | M | T | | | | | |
| 54. FEDL HOME LOAN BK.S CON BD 5.885% 3/30/2009 | C | Interest | L | T | | | | | |
| 55. S&P 500 DEPOSITORY RECEIPT (SPY) UNIT SERIES 1 | D | Dividend | N | T | | | | | |
| 56. S&P MID CAP 400 DEP RCPTS MID CAP SPDRS | B | Dividend | M | T | | | | | |
| 57. FEDL HOME LN BANK CONS BD 5.625% 11/15/2011 | C | Interest | K | T | | | | | |
| 58. FEDERAL HOME LN BKS CONS BD 5.475% 1/12/2009 | D | Interest | M | T | | | | | |
| 59. FEDERAL HOME LN BKS CONS BD 5.79% 4/27/2009 | D | Interest | M | T | | | | | |
| 60. FEDERAL HOME LN BKS CONS BD 6.715% 6/29/2009 | D | Interest | M | T | | | | | |
| 61. AMERICAN GROWTH FUND OF AMERICA CLASS F (GFAFX) | D | Dividend | M | T | | | | | |
| 62. | | | | | Buy | 12-19 | J | | |
| 63. DODGE & COX STOCK FUND (DODGX) | E | Dividend | N | T | | | | | |
| 64. | | | | | Buy | 3-29 | J | | |
| 65. | | | | | Buy | 6-28 | J | | |
| 66. | | | | | Buy | 9-27 | J | | |
| 67. | | | | | Buy | 12-28 | K | | |
| 68. TWEEDY BROWNE GLOBAL VALUE FUND | E | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J | 04/23/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy | 12-28 | K | | |
| 70. BARON GROWTH | D | Dividend | M | T | | | | | |
| 71. | | | | | Buy | 12-20 | J | | |
| 72. ROYCE TOTAL RETURN FUND | E | Dividend | M | T | Buy | 3-9 | J | | |
| 73. | | | | | Buy | 6-11 | J | | |
| 74. | | | | | Buy | 9-11 | J | | |
| 75. | | | | | Buy | 12-7 | K | | |
| 76. FIDELITY GOVT MM | D | Interest | N | T | | | | | |
| 77. GOOGLE | | None | K | T | | | | | |
| 78. SPARTAN 500 INDEX IVESTOR CLASS | A | Dividend | K | T | Buy | 6-1 | J | | |
| 79. | | | | | Buy | 12-21 | J | | |
| 80. FIDELITY CONTRAFUND | E | Dividend | N | T | Buy | 2-2 | J | | |
| 81. | | | | | Buy | 12-28 | K | | |
| 82. SELECTED AMERICAN SHARES | C | Dividend | M | T | Buy | 12-3 | J | | |
| 83. US TREAS NTS 6.125% 8/15/2007 | D | Interest | | | Redemption | 8-15 | M | | |
| 84. US TREAS NTS 4.75% 11/15/2008 | D | Interest | N | T | | | | | |
| 85. US TREAS NTS 6.0%  8/15/2009 | E | Interest | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J | 04/23/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - FIDELITY IRA | | | | | | | | | |
| 87. FIDELITY CASH RESERVES | A | Interest | J | T | | | | | |
| 88. AMERICAN GROWTH (GFAFX) | A | Dividend | J | T | Buy | 12-19 | J | | |
| 89. | | | | | Partial Sell | 9-4 | J | A | |
| 90. - FIDELITY IRA | | | | | | | | | |
| 91. SPARTAN MARKET INDEX FUND | A | Dividend | J | T | | | | | |
| 92. | | | | | Buy | 6-1 | J | | |
| 93. | | | | | Buy | 12-21 | J | | |
| 94. FIDELITY CASH RESERVES | A | Dividend | J | T | | | | | |
| 95. US TREAS NTS 4.75% 11/15/2008 | A | Interest | K | T | | | | | |
| 96. DODGE & COX STOCK FUND | A | Dividend | J | T | | | | | |
| 97. | | | | | Buy | 3-29 | J | | |
| 98. | | | | | Buy | 12-28 | J | | |
| 99. TWEEDY BROWNE GLOBAL VALUE | B | Dividend | K | T | | | | | |
| 100. | | | | | Buy | 12-28 | J | | |
| 101. BARON GROWTH | A | Dividend | J | T | | | | | |
| 102. | | | | | Buy | 12-20 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J | 04/23/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. FIDELITY CONTRAFUND | A | Dividend | J | T | Buy | 8-31 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J | 04/23/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J | 04/23/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| STRAUB, CHESTER J | U.S. COURT OF APPEALS, 2ND CIR | 04/23/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| ACTIVE CIRCUIT JUDGE | ☐ Nomination, Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2007<br>to<br>12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| UNITED STATES COURTHOUSE<br>500 PEARL STREET<br>NEW YORK, NY 10007 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY -9 A 11:10 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J | 04/23/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | NYS RETIREMENT SYSTEM (RETIREMENT BENEFIT) | $ 5,880.32 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J | 04/23/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. WASHINGTON MUTAL | CO-OBLIGOR: MORTGAGE LOAN GUARANTOR FOR ████████ | L |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J | 04/23/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   - FIDELITY INVESTMENTS | | | | | | | | | |
| 2.   JACKSON TWP NJ AMBAC INSD DTD 12/1/03 F/C 6/1/04 | A | Interest | | | Redemption | 12-3 | K | | |
| 3.   NY ST DORM AUTH REVS CITY UNIV CONS-5TH GEN-C MBIA 4/10/03 | C | Interest | L | T | | | | | |
| 4.   NY CITY MUN WTR F/A WTR&SWR SYS RV SER B-AMBAC TCRS CSTD | B | Interest | K | T | | | | | |
| 5.   NEW YORK CITY SER G AMBAC TCRS OID 1/9/96  DUE 2/1/07 | A | Interest | | | Redemption | 2-1 | J | | |
| 6.   NEW YORK SER I B ENTRY TAX OID 4/24/97 | A | Interest | | | Redemption | 4-16 | K | | |
| 7.   NEW YORK ST TWY AU SVC CONT REV LOC HWY & BRIDGE 8/15/95 | B | Interest | L | T | | | | | |
| 8.   GREENPORT NY PUB IMPT U/T FGIC 1/15/01 F/C 4.75 9/15/07 | B | Interest | | | Redemption | 9-17 | K | | |
| 9.   NEW YORK NY SER F-CR FSA OID 2/22/01 4.125 08/01/08 | B | Interest | K | T | | | | | |
| 10.  BERKSHIRE HATHAWAY INC. CLASS B | | None | L | T | | | | | |
| 11.  HEWLETT PACKARD | B | Dividend | M | T | | | | | |
| 12.  ENZO BIOCHEM INC COMMON | | None | J | T | | | | | |
| 13.  HEALTH CARE PPTY INVS INC COMMON | C | Dividend | L | T | | | | | |
| 14.  GREAT PLAINS ENERGY - KANSAS CITY POWER & LIGHT COMMON | B | Dividend | K | T | | | | | |
| 15.  CAPITAL ONE FINANCIAL | | None | | | Sell | 1-5 | J | A | |
| 16.  CITIGROUP | | None | | | Sell | 1-5 | J | C | |
| 17.  HOME DEPOT | | None | | | Sell | 1-5 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J | 04/23/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. IBM COMMON | B | Dividend | M | T | | | | | |
| 19. GENERAL ELECTRIC COMMON | A | Dividend | J | T | | | | | |
| 20. LOCKEED MARTIN COMMON | A | Dividend | J | T | | | | | |
| 21. EXXON COMMON | A | Dividend | J | T | | | | | |
| 22. 3M COMMON | | None | | | Sell | 1-5 | J | C | |
| 23. HRPT PROPERTIES TRUST | A | Dividend | J | T | | | | | |
| 24. MERRILL LYNCH & CO. COMMON | | None | | | Sell | 1-5 | K | D | |
| 25. COHEN & STEERS REALTY SHARES | A | Dividend | K | T | | | | | |
| 26. | | | | | Buy | 3-30 | J | | |
| 27. | | | | | Buy | 6-29 | J | | |
| 28. | | | | | Buy | 9-28 | J | | |
| 29. | | | | | Buy | 12-31 | J | | |
| 30. EQUITY OFFICE PROPERTIES TRUST | | None | | | Sell | 1-5 | J | C | |
| 31. NEW YORK ST ENVIRO FACS 5% | B | Interest | L | T | | | | | |
| 32. NEW YORK ST URBAN DEV CORP REV CORR | C | Interest | L | T | | | | | |
| 33. METROPOLITAN TRANS AUTH NY TRAN FACS | D | Interest | M | T | | | | | |
| 34. NY NYC MUN WTR FIN AUTH 5.25% 6/15/2010 | B | Interest | | | Redemption | 6-15 | K | | - |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J | 04/23/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. NY ST TWY AUTH HWY & BRDG TR FD 5.25% 4/1/2011 | C | Interest | K | T | | | | | |
| 36. BARON GROWTH | C | Dividend | L | T | Buy | 12-20 | J | | |
| 37. SPARTAN 500 INDEX INVESTOR CLASS | A | Dividend | L | T | Buy | 6-1 | J | | |
| 38. | | | | | Buy | 12-21 | J | | |
| 39. AMERICAN GROWTH FUND OF AMERICA CLASS F | A | Dividend | L | T | Buy | 12-19 | J | | |
| 40. ROYCE TOTAL RETURN FUND | D | Dividend | L | T | Buy | 3-19 | J | | |
| 41. | | | | | Buy | 6-11 | J | | |
| 42. | | | | | Buy | 9-11 | J | | |
| 43. | | | | | Buy | 12-7 | J | | |
| 44. S&P MID CAP 400 DEP RCPYS MID CAP | A | Dividend | M | T | | | | | |
| 45. FIDELITY NY MUNI MM | A | Interest | J | T | | | | | |
| 46. FIDELITY CONTRAFUND | D | Dividend | M | T | Buy | 2-2 | J | | |
| 47. | | | | | | 12-28 | J | | |
| 48. SELECTED AMERICAN SHARES CL D | B | Dividend | M | T | Buy | 12-3 | J | | |
| 49. - CITIBANK ACCOUNTS | | | | | | | | | |
| 50. CHECKING ● | | None | J | T | | | | | |
| 51. - FIDELITY IRA ROLLOVER | | | | | - | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J | 04/23/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   MARSH & MCLENNAN | A | Dividend | K | T | | | | | |
| 53.   FIDELITY CASH RESERVES | D | Interest | M | T | | | | | |
| 54.   FEDL HOME LOAN BK.S CON BD<br>5.885% 3/30/2009 | C | Interest | L | T | | | | | |
| 55.   S&P 500 DEPOSITORY RECEIPT (SPY)<br>UNIT SERIES I | D | Dividend | N | T | | | | | |
| 56.   S&P MID CAP 400 DEP RCPTS MID CAP<br>SPDRS | B | Dividend | M | T | | | | | |
| 57.   FEDL HOME LN BANK CONS BD<br>5.625% 11/15/2011 | C | Interest | K | T | | | | | |
| 58.   FEDERAL HOME LN BKS CONS BD<br>5.475% 1/12/2009 | D | Interest | M | T | | | | | |
| 59.   FEDERAL HOME LN BKS CONS BD<br>5.79% 4/27/2009 | D | Interest | M | T | | | | | |
| 60.   FEDERAL HOME LN BKS CONS BD<br>6.715% 6/29/2009 | D | Interest | M | T | | | | | |
| 61.   AMERICAN GROWTH FUND OF<br>AMERICA CLASS F (GFAFX) | D | Dividend | M | T | | | | | |
| 62. | | | | | Buy | 12-19 | J | | |
| 63.   DODGE & COX STOCK FUND (DODGX) | E | Dividend | N | T | | | | | |
| 64. | | | | | Buy | 3-29 | J | | |
| 65. | | | | | Buy | 6-28 | J | | |
| 66. | | | | | Buy | 9-27 | J | | |
| 67. | | | | | Buy | 12-28 | K | | |
| 68.   TWEEDY BROWNE GLOBAL VALUE<br>FUND | E | Dividend | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J | 04/23/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy | 12-28 | K | | |
| 70. BARON GROWTH | D | Dividend | M | T | | | | | |
| 71. | | | | | Buy | 12-20 | J | | |
| 72. ROYCE TOTAL RETURN FUND | E | Dividend | M | T | Buy | 3-9 | J | | |
| 73. | | | | | Buy | 6-11 | J | | |
| 74. | | | | | Buy | 9-11 | J | | |
| 75. | | | | | Buy | 12-7 | K | | |
| 76. FIDELITY GOVT MM | D | Interest | N | T | | | | | |
| 77. GOOGLE | | None | K | T | | | | | |
| 78. SPARTAN 500 INDEX IVESTOR CLASS | A | Dividend | K | T | Buy | 6-1 | J | | |
| 79. | | | | | Buy | 12-21 | J | | |
| 80. FIDELITY CONTRAFUND | E | Dividend | N | T | Buy | 2-2 | J | | |
| 81. | | | | | Buy | 12-28 | K | | |
| 82. SELECTED AMERICAN SHARES | C | Dividend | M | T | Buy | 12-3 | J | | |
| 83. US TREAS NTS 6.125% 8/15/2007 | D | Interest | | | Redemption | 8-15 | M | | |
| 84. US TREAS NTS 4.75% 11/15/2008 | D | Interest | N | T | | | | | |
| 85. US TREAS NTS 6.0% 8/15/2009 | E | Interest | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J | 04/23/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   - FIDELITY IRA | | | | | | | | | |
| 87.   FIDELITY CASH RESERVES | A | Interest | J | T | | | | | |
| 88.   AMERICAN GROWTH (GFAFX) | A | Dividend | J | T | Buy | 12-19 | J | | |
| 89. | | | | ` | Partial Sell | 9-4 | J | A | |
| 90.   - FIDELITY IRA | | | | | | | | | |
| 91.   SPARTAN MARKET INDEX FUND | A | Dividend | J | T | | | | | |
| 92. | | | | | Buy | 6-1 | J | | |
| 93. | | | | | Buy | 12-21 | J | | |
| 94.   FIDELITY CASH RESERVES | A | Dividend | J | T | | | | | |
| 95.   US TREAS NTS 4.75% 11/15/2008 | A | Interest | K | T | | | | | |
| 96.   DODGE & COX STOCK FUND | A | Dividend | J | T | | | | | |
| 97. | | | | | Buy | 3-29 | J | | |
| 98. | | | | | Buy | 12-28 | J | | |
| 99.   TWEEDY BROWNE GLOBAL VALUE | B | Dividend | K | T | | | | | |
| 100. | | | | | Buy | 12-28 | J | | |
| 101.   BARON GROWTH | A | Dividend | J | T | | | | | |
| 102. | | | | | Buy | 12-20 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J | 04/23/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. FIDELITY CONTRAFUND | A | Dividend | J | T | Buy | 8-31 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| STRAUB, CHESTER J | 04/23/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J | 04/23/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) STRAUB, CHESTER J | 2. Court or Organization U.S. COURT OF APPEALS, 2ND CIR | 3. Date of Report 06/18/2008 |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) ACTIVE CIRCUIT JUDGE | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial ☑ Annual ☐ Final  5b. ☑ Amended Report | 6. Reporting Period 01/01/2007 to 12/31/2007 |
| 7. Chambers or Office Address UNITED STATES COURTHOUSE 500 PEARL STREET NEW YORK, NY 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J | 06/18/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | NYS RETIREMENT SYSTEM (RETIREMENT BENEFIT) | $ 5,880.32 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J | 06/18/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | WASHINGTON MUTAL | CO-OBLIGOR: MORTGAGE LOAN | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J | 06/18/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.     - FIDELITY INVESTMENTS | | | | | | | | | |
| 2.     JACKSON TWP NJ AMBAC INSD DTD 12/1/03 F/C 6/1/04 | A | Interest | | | Redemption | 12-3 | K | | |
| 3.     NY ST DORM AUTH REVS CITY UNIV CONS-5TH GEN-C MBIA 4/10/03 | C | Interest | L | T | | | | | |
| 4.     NY CITY MUN WTR F/A WTR&SWR SYS RV SER B-AMBAC TCRS CSTD | B | Interest | K | T | | | | | |
| 5.     NEW YORK CITY SER G AMBAC TCRS OID 1/9/96 DUE 2/1/07 | A | Interest | | | Redemption | 2-1 | J | | |
| 6.     NEW YORK SER I B ENTRY TAX OID 4/24/97 | A | Interest | | | Redemption | 4-16 | K | | |
| 7.     NEW YORK ST TWY AU SVC CONT REV LOC HWY & BRIDGE 8/15/95 | B | Interest | L | T | | | | | |
| 8.     GREENPORT NY PUB IMPT U/T FGIC 1/15/01 F/C 4.75 9/15/07 | B | Interest | | | Redemption | 9-17 | K | | |
| 9.     NEW YORK NY SER F-CR FSA OID 2/22/01 4.125 08/01/08 | B | Interest | K | T | | | | | |
| 10.    BERKSHIRE HATHAWAY INC. CLASS B | | None | L | T | | | | | |
| 11.    HEWLETT PACKARD | B | Dividend | M | T | | | | | |
| 12.    ENZO BIOCHEM INC COMMON | | None | J | T | | | | | |
| 13.    HEALTH CARE PPTY INVS INC COMMON | C | Dividend | L | T | | | | | |
| 14.    GREAT PLAINS ENERGY - KANSAS CITY POWER & LIGHT COMMON | B | Dividend | K | T | | | | | |
| 15.    CAPITAL ONE FINANCIAL | | None | | | Sell | 1-5 | J | A | |
| 16.    CITIGROUP | | None | | | Sell | 1-5 | J | C | |
| 17.    HOME DEPOT | | None | | | Sell | 1-5 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J | 06/18/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IBM COMMON | B | Dividend | M | T | | | | | |
| 19. GENERAL ELECTRIC COMMON | A | Dividend | J | T | | | | | |
| 20. LOCKEED MARTIN COMMON | A | Dividend | J | T | | | | | |
| 21. EXXON COMMON | A | Dividend | J | T | | | | | |
| 22. 3M COMMON | | None | | | Sell | 1-5 | J | C | |
| 23. HRPT PROPERTIES TRUST | A | Dividend | J | T | | | | | |
| 24. MERRILL LYNCH & CO. COMMON | | None | | | Sell | 1-5 | K | D | |
| 25. COHEN & STEERS REALTY SHARES | A | Dividend | K | T | | | | | |
| 26. | | | | | Buy | 3-30 | J | | |
| 27. | | | | | Buy | 6-29 | J | | |
| 28. | | | | | Buy | 9-28 | J | | |
| 29. | | | | | Buy | 12-31 | J | | |
| 30. EQUITY OFFICE PROPERTIES TRUST | | None | | | Sell | 1-5 | J | C | |
| 31. NEW YORK ST ENVIRO FACS 5% | B | Interest | L | T | | | | | |
| 32. NEW YORK ST URBAN DEV CORP REV CORR | C | Interest | L | T | | | | | |
| 33. METROPOLITAN TRANS AUTH NY TRAN FACS | D | Interest | M | T | | | | | |
| 34. NY NYC MUN WTR FIN AUTH 5.25% 6/15/2010 | B | Interest | | | Redemption | 6-15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J | 06/18/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. NY ST TWY AUTH HWY & BRDG TR FD 5.25% 4/1/2011 | C | Interest | K | T | | | | | |
| 36. BARON GROWTH | C | Dividend | L | T | Buy | 12-20 | J | | |
| 37. SPARTAN 500 INDEX INVESTOR CLASS | A | Dividend | L | T | Buy | 6-1 | J | | |
| 38. | | | | | Buy | 12-21 | J | | |
| 39. AMERICAN GROWTH FUND OF AMERICA CLASS F | A | Dividend | L | T | Buy | 12-19 | J | | |
| 40. ROYCE TOTAL RETURN FUND | D | Dividend | L | T | Buy | 3-19 | J | | |
| 41. | | | | | Buy | 6-11 | J | | |
| 42. | | | | | Buy | 9-11 | J | | |
| 43. | | | | | Buy | 12-7 | J | | |
| 44. S&P MID CAP 400 DEP RCPYS MID CAP | A | Dividend | M | T | | | | | |
| 45. FIDELITY NY MUNI MM | A | Interest | J | T | | | | | |
| 46. FIDELITY CONTRAFUND | D | Dividend | M | T | Buy | 2-2 | J | | |
| 47. | | | | | Buy | 12-28 | J | | |
| 48. SELECTED AMERICAN SHARES CL D | B | Dividend | M | T | Buy | 12-3 | J | | |
| 49. - CITIBANK ACCOUNTS | | | | | | | | | |
| 50. CHECKING | | None | J | T | | | | | |
| 51. - FIDELITY IRA ROLLOVER | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J | 06/18/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. MARSH & MCLENNAN | A | Dividend | K | T | | | | | |
| 53. FIDELITY CASH RESERVES | D | Interest | M | T | | | | | |
| 54. FEDL HOME LOAN BK.S CON BD 5.885% 3/30/2009 | C | Interest | L | T | | | | | |
| 55. S&P 500 DEPOSITORY RECEIPT (SPY) UNIT SERIES 1 | D | Dividend | N | T | | | | | |
| 56. S&P MID CAP 400 DEP RCPTS MID CAP SPDRS | B | Dividend | M | T | | | | | |
| 57. FEDL HOME LN BANK CONS BD 5.625% 11/15/2011 | C | Interest | K | T | | | | | |
| 58. FEDERAL HOME LN BKS CONS BD 5.475% 1/12/2009 | D | Interest | M | T | | | | | |
| 59. FEDERAL HOME LN BKS CONS BD 5.79% 4/27/2009 | D | Interest | M | T | | | | | |
| 60. FEDERAL HOME LN BKS CONS BD 6.715% 6/29/2009 | D | Interest | M | T | | | | | |
| 61. AMERICAN GROWTH FUND OF AMERICA CLASS F (GFAFX) | D | Dividend | M | T | | | | | |
| 62. | | | | | Buy | 12-19 | J | | |
| 63. DODGE & COX STOCK FUND (DODGX) | E | Dividend | N | T | | | | | |
| 64. | | | | | Buy | 3-29 | J | | |
| 65. | | | | | Buy | 6-28 | J | | |
| 66. | | | | | Buy | 9-27 | J | | |
| 67. | | | | | Buy | 12-28 | K | | |
| 68. TWEEDY BROWNE GLOBAL VALUE FUND | E | Dividend | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J | 06/18/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy | 12-28 | K | | |
| 70. BARON GROWTH | D | Dividend | M | T | | | | | |
| 71. | | | | | Buy | 12-20 | J | | |
| 72. ROYCE TOTAL RETURN FUND | E | Dividend | M | T | Buy | 3-9 | J | | |
| 73. | | | | | Buy | 6-11 | J | | |
| 74. | | | | | Buy | 9-11 | J | | |
| 75. | | | | | Buy | 12-7 | K | | |
| 76. FIDELITY GOVT MM | D | Interest | N | T | Opened | | | | |
| 77. GOOGLE | | None | K | T | | | | | |
| 78. SPARTAN 500 INDEX IVESTOR CLASS | A | Dividend | K | T | Buy | 6-1 | J | | |
| 79. | | | | | Buy | 12-21 | J | | |
| 80. FIDELITY CONTRAFUND | E | Dividend | N | T | Buy | 2-2 | J | | |
| 81. | | | | | Buy | 12-28 | K | | |
| 82. SELECTED AMERICAN SHARES | C | Dividend | M | T | Buy | 12-3 | J | | |
| 83. US TREAS NTS 6.125% 8/15/2007 | D | Interest | | | Redemption | 8-15 | M | | |
| 84. US TREAS NTS 4.75% 11/15/2008 | D | Interest | N | T | | | | | |
| 85. US TREAS NTS 6.0% 8/15/2009 | E | Interest | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J | 06/18/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - FIDELITY IRA | | | | | | | | | |
| 87. FIDELITY CASH RESERVES | A | Interest | J | T | | | | | |
| 88. AMERICAN GROWTH (GFAFX) | A | Dividend | J | T | Buy | 12-19 | J | | |
| 89. | | | | | Partial Sell | 9-4 | J | A | |
| 90. - FIDELITY IRA | | | | | | | | | |
| 91. SPARTAN MARKET INDEX FUND | A | Dividend | J | T | | | | | |
| 92. | | | | | Buy | 6-1 | J | | |
| 93. | | | | | Buy | 12-21 | J | | |
| 94. FIDELITY CASH RESERVES | A | Dividend | J | T | | | | | |
| 95. US TREAS NTS 4.75% 11/15/2008 | A | Interest | K | T | | | | | |
| 96. DODGE & COX STOCK FUND | A | Dividend | J | T | | | | | |
| 97. | | | | | Buy | 3-29 | J | | |
| 98. | | | | | Buy | 12-28 | J | | |
| 99. TWEEDY BROWNE GLOBAL VALUE | B | Dividend | K | T | | | | | |
| 100. | | | | | Buy | 12-28 | J | | |
| 101. BARON GROWTH | A | Dividend | J | T | | | | | |
| 102. | | | | | Buy | 12-20 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII - Line 76
Opened a new cash account.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544